UNIVERSAL PAPER–BAG CO., Respondent, v. FENSLEY et al., appellants. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by the Universal Paper-Bag Company against William L. Fensley and others. G. C. Case, for appellants. A. C. Smith,

for respondent. No opinion. Judgment affirmed, with costs, on opinion of PRYOR, J., at special term. See 42 N. Y. Supp. 776.